UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JESSIE J. BARNES, 09B2707,

    Plaintiff,

    -v-

COUNTY OF MONROE, et al.,

    Defendants.

DECISION AND ORDER
10-CV-6164CJS

---

    Plaintiff pro se Jessie Barnes has submitted to the Court a summons for Corporal Messura of the Monroe County Jail. Corporal Messura was not named in the caption of the complaint, but was named in the body of the complaint. The Court hereby deems the complaint amended to add Corporal Messura as a defendant. The Clerk of Court is directed to amend the docket to reflect Corporal Messura as a defendant and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon Corporal Messura without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the complaint.

    SO ORDERED.

Dated:    July 23, 2010
           Rochester, New York

                                              /s/ Charles J. Siragusa
                                              CHARLES J. SIRAGUSA
                                              United States District Judge