UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JESSIE J. BARNES,
                    Plaintiff,                    **DECISION & ORDER**
                                                  10-cv-6164
          v.

RONALD HARLING, et al.,
                    Defendants.

---

On September 7, 2016, this Court granted plaintiff Jessie
J. Barnes's ("plaintiff") motion to compel a video recording of
an incident which plaintiff alleges is central to his claim
(Docket # 240). Since then, the Court received several letters
from plaintiff detailing his inability to view the recording
(Docket ## 246, 247, 251). Apparently, counsel for defendants
sent multiple copies of the recording to plaintiff's prison, but
none will play on the prison equipment.

Plaintiff is entitled to the recording in a "reasonably
usable form." Fed. R. Civ. P. 34(b)(E)(ii). A copy of the
recording that plaintiff cannot actually view cannot be said to
be reasonable or usable. Accordingly, defendants' counsel is
directed to contact plaintiff's counselor or some other
appropriate representative at the Upstate Correctional Facility
to ensure that plaintiff receives and is able to view a copy of
the recording.

1

Additionally, this Court is in receipt of defendants' letter request to extend the time for the parties to file dispositive motions to February 15, 2017. However, plaintiff should be provided with an opportunity to view the recording before the parties move for summary judgment. Accordingly, defendants' counsel shall notify this Court when plaintiff has been provided access to the video recording. The Court will then issue an amended scheduling order setting the time for the parties to file dispositive motions.

JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:    January 25, 2017
          Rochester, New York